**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6565**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

DANNY KENNEDY GENERAL,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:99-cr-00068-H-2)

———————

Submitted: June 19, 2014            Decided: June 23, 2014

———————

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Danny Kennedy General, Appellant Pro Se. Shailika K. Shah, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Kennedy General appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. General</u>, No. 5:99-cr-00068-H-2 (E.D.N.C. Mar. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument will not aid the decisional process.

<u>AFFIRMED</u>
